UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>v.<br><br>24087 MISSION, LLC, et al.,<br><br>        Defendants. | Case No. 19-cv-02431-VC<br><br>**ORDER RE POST-JUDGMENT COSTS** |

In its request for a writ of execution, the plaintiff requests $915.00 in post-judgment costs. The request for a writ of execution is denied without prejudice to the filing of a new request. In its renewed request, the plaintiff should either (1) explain the legal basis for collecting additional post-judgment costs in a federal court action, or (2) remove the request for post-judgment costs.

**IT IS SO ORDERED.**

Dated: February 18, 2020

VINCE CHHABRIA
United States District Judge